AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MONTE HOISINGTON,

        Petitioner,

v.

ROBIN WILLIAMS,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-332-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed pursuant to the Order Granting Motion to Dismiss, Inter Alia, entered on October 30, 2008, Ct Rec 43.

| | |
|---|---|
| October 30, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |